John E. Haapala, Jr.
OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Ph. 541-345-8474
Fax 541-345-3237
jeh@haapalaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| RICK W. WOOLSEY, | Case No. 1:17-cv-01435-YY |
|---|---|
| Plaintiff, | |
| vs. | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| COMMISSIONER, Social Security Administration, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $5,779.67 and costs of $400.00 under 28 U.S.C. § 1920 be awarded to Plaintiff in respect to this federal court action. If Plaintiff does not owe an outstanding debt eligible under the Federal Treasury Offset Program, Defendant shall make the check payable to Plaintiff's attorney, John E. Haapala, Jr. Defendant shall mail the check to Plaintiff's attorney at: 401 E 10th Ave., Suite 240, Eugene, Oregon, 97401.

Dated this 25th of July, 2019.

/s/ Youlee Yim You
United States Magistrate Judge

Submitted by:
John E. Haapala

1 – ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT